h:/ljg/231001014/notice.state
09-25-02/HRJ/hc

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE STONE and ELLEN STONE | § § | |
| VS. | § § | CASE NUMBER B-03-151 |
| ALLSTATE INSURANCE COMPANY and DAVID K. KARR | § § § | JURY |

CAUSE NO. 2003-07-3888-C

| | | |
|---|---|---|
| GEORGE STONE and ELLEN STONE | § § | IN THE DISTRICT COURT |
| VS. | § § | 197TH JUDICIAL DISTRICT |
| ALLSTATE INSURANCE COMPANY and DAVID K. KARR | § § § | CAMERON COUNTY, TEXAS |

### DEFENDANTS' NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

TO:   The Honorable Clerk of the District Court
Cameron County District Clerk
974 East Harrison Street
Brownsville, Texas 78520
and Plaintiffs, GEORGE STONE and ELLEN STONE
Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

PLEASE TAKE NOTICE THAT a notice of removal of this action is being filed in the United States District Court for the Southern District of Texas, Brownsville Division.

A copy of the said Notice of Removal is attached to this Notice and is served and filed herewith.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER
Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S COMPANY

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this _28_ day of August, 2003:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001
Telephone:  (504) 837-2500
Telecopier:  (504) 832-9165

Hunter & Handel, PC
Todd Hunter
Leslie Megin Koch
555 N. Carancahua
Suite 1600, Tower 2
Corpus Christi, TX 78478

                                                LARRY J. GOLDMAN
                                                DOUGLAS E. PENNEBAKER