United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

h:/ljg/231001237/designate.mtn
8/29/03/DEP/fah

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE STONE and ELLEN STONE | § § | B-03-151 |
| VS. | § § | CASE NUMBER _____ |
| ALLSTATE INSURANCE COMPANY and DAVID K. KARR | § § § | JURY |

### DESIGNATION OF LARRY J. GOLDMAN AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Defendant, ALLSTATE INSURANCE COMPANY, designates Larry J. Goldman as attorney in charge, pursuant to Local Rule 2.

2.  Larry J. Goldman will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3.  Notice of this designation has been provided to all other parties, according to Federal Rule of Civil Procedure 5(d).

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER
Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S COMPANY

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 28 day of August, 2003:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001
Telephone: (504) 837-2500
Telecopier: (504) 832-9165

Hunter & Handel, PC
Todd Hunter
Leslie Megin Koch
555 N. Carancahua
Suite 1600, Tower 2
Corpus Christi, TX 78478

          LARRY J. GOLDMAN
          DOUGLAS E. PENNEBAKER