h:/ljg/231001237proof.svc
8/25/03/DEP/fah

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 29 2003

Michael N. Milby
Clerk of Court

| GEORGE STONE and ELLEN STONE | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CASE NUMBER B-03-151 |
| | § | JURY |
| ALLSTATE INSURANCE COMPANY and DAVID K. KARR | § § | |

## CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

DOUGLAS E. PENNEBAKER certifies and declares as follows:

"I am over the age of eighteen years and not a party to this action.

"My business address is 9311 San Pedro, Suite 900, San Antonio, Texas 78216, which is located in the city, county and state where the mailing described below took place.

"On August 28, 2003, I deposited in the Federal Express overnight drop box at The Nowlin Building, a copy of the Notice to Adverse Party of Removal to Federal Court dated August 28, 2003, a copy of which is attached to this Certificate.

"I declare under penalty of perjury, that the foregoing is true and correct."

Executed on August 28, 2003.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER
Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S COMPANY

2

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 28 day of August, 2003:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001
Telephone:   (504) 837-2500
Telecopier:   (504) 832-9165

Hunter & Handel, PC
Todd Hunter
Leslie Megin Koch
555 N. Carancahua
Suite 1600, Tower 2
Corpus Christi, TX 78478

                                            LARRY J. GOLDMAN
                                            DOUGLAS E. PENNEBAKER