h:/ljg/231001237/related litigation.not
8/28/03/DEP/fah

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE STONE and ELLEN STONE | § § § | |
| VS. | § § | CASE NUMBER B-03-151 |
| ALLSTATE INSURANCE COMPANY and DAVID K. KARR | § § § | JURY |

## NOTICE OF RELATED LITIGATION AND AFFECTED NON-PARTIES

TO THE HONORABLE JUDGE:

NOW COMES Defendant, ALLSTATE INSURANCE COMPANY, and files this, its Notice of Related Litigation and Affected Non-Parties in this litigation:

1. This case has been removed pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441. Accordingly, Plaintiffs initiated this suit by filing Plaintiffs' Original Petition on July 31, 2003, in the 147th Judicial District Court, Cameron County, Texas. Otherwise, there is no related current or recent litigation applicable to this suit.

2. Counsel for Defendant certifies that, at the time of the filing of this removal, they are not aware of any directly affected non-parties to this suit.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER
Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S COMPANY

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this ___ day of August, 2003:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001
Telephone:   (504) 837-2500
Telecopier:   (504) 832-9165

Hunter & Handel, PC
Todd Hunter
Leslie Megin Koch
555 N. Carancahua
Suite 1600, Tower 2
Corpus Christi, TX 78478

LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER