h:/ljg/231001237/entities.not
8/28/03/DEP/fah

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GEORGE STONE and ELLEN STONE § | |
| § | |
| VS. § | CASE NUMBER B-03-151 |
| § | JURY |
| ALLSTATE INSURANCE COMPANY and § | |
| DAVID K. KARR § | |

## NOTICE OF ENTITIES WITH A
## FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, ALLSTATE INSURANCE COMPANY, and files this, its list of entities that are financially interested in this litigation:

1.  Plaintiffs:
    George Stone and Ellen Stone

2.  Attorneys:
    Mr. Michael R. Cowen
    State Bar No. 00795306
    MICHAEL R. COWEN, P.C.
    520 E. Levee Street
    Brownsville, Texas 78520

3.  Defendant:
    Allstate Insurance Company

4.  Attorneys:
    Larry J. Goldman
    Douglas E. Pennebaker
    Adami Goldman & Shuffield
    The Nowlin Building
    9311 San Pedro, Suite 900
    San Antonio, Texas 78216

    Allstate Insurance Company for Standard Flood Insurance Policy
    Gerald J. Nielsen
    Nielsen Law Firm, LLC

       2121 Airline Highway, Suite 200
       Metairie, Louisiana 70001

5.    Defendant: David K. Karr
       934 West Price Road
       Brownsville, TX 78520

6.    Attorneys:
       Hunter & Handel, PC
       Todd Hunter
       Leslie Megin Koch
       555 N. Carancahua
       Suite 1600, Tower 2
       Corpus Christi, TX 78478

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
    LARRY J. GOLDMAN
    "Attorney in Charge"
    Federal Bar No. 341
    State Bar No. 08093450
    DOUGLAS E. PENNEBAKER
    Federal Bar No. 23238
    State Bar No. 00788178

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S COMPANY

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 28 day of August, 2003:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001
Telephone:   (504) 837-2500
Telecopier:   (504) 832-9165

Hunter & Handel, PC
Todd Hunter
Leslie Megin Koch
555 N. Carancahua
Suite 1600, Tower 2
Corpus Christi, TX 78478

                                                  _____
                                                  LARRY J. GOLDMAN
                                                  DOUGLAS E. PENNEBAKER