8

United States District Court
Southern District of Texas
FILED

NOV 2 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE STONE AND ELLEN STONE | § § § | |
| VS. | § | CIVIL ACTION B-03-151 |
| | § § | |
| ALLSTATE INSURANCE COMPANY AND DAVID K. KARR | § § | |

### NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant, DAVID K. KARR, and files this his list of entities that are financially interested in this litigation:

1. Plaintiffs:
   George Stone and Ellen Stone

2. Attorney:
   Mr. Michael R. Cowen
   State Bar No. 00795306
   MICHAEL R. COWEN, P.C.
   520 E. Levee Street
   Brownsville, Texas 78520

3. Defendant:
   Allstate Insurance Company

4. Attorneys:
   Larry J. Goldman
   Douglas E. Pennebaker
   Adami Goldman & Shuffield
   The Nowlin Building
   9311 San Pedro, Suite 900
   San Antonio, Texas 78216

   Allstate Insurance Company for Standard Flood Insurance Policy
   Gerald J. Nielson
   Neilson Law Firm, LLC
   2121 Airline Highway
   Metairie, Louisiana 70001

5.  Defendant: David K. Karr
    934 West Price Road
    Brownsville, Texas 78520

6.  Attorneys:
    Todd A. Hunter
    Leslie Megin Koch
    HUNTER & HANDEL, P.C.
    555 North Carancahua, Suite 1600
    Tower II
    Corpus Christi, Texas 78478

    Respectfully submitted,

    HUNTER & HANDEL, P.C.
    555 North Carancahua, Suite 1600
    Tower II
    Corpus Christi, Texas 78478

    By: _Megin Koch_  by permission _Tracy Chant_
    Todd A. Hunter                Fed Bar #34998
    State Bar No. 1030230
    Federal Bar No. 350
    Leslie Megin Koch
    State Bar No. 00794109
    Federal Bar No. 19546

    **ATTORNEYS FOR DEFENDANT**
    **DAVID K. KARR**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 25th day of November, 2003.

Mr. Michael R. Cowen                    **VIA CERTIFIED MAIL/RRR**
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520
**COUNSEL FOR PLAINTIFFS**

Gerald J. Nielson                       **VIA CERTIFIED MAIL/RRR**
Neilson Law Firm, LLC
2121 Airline Highway
Metairie, Louisiana 70001
**COUNSEL FOR ALLSTATE INSURANCE COMPANY FOR STANDARD FLOOD INSURANCE POLICY**

Larry J. Goldman                        **VIA CERTIFIED MAIL/RRR**
Douglas E. Pennebaker
Adami Goldman & Shuffield
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
**COUNSEL FOR ALLSTATE INSURANCE COMPANY**

_____  by permission _____ Fed Bar
Leslie Megin Koch          Stacy Chant              #34998