h:/ljg/231001237/entities.not
8/28/03/DEP/fah

United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE STONE and ELLEN STONE § § | |
| VS. § § | CASE NUMBER B03-151 JURY |
| ALLSTATE INSURANCE COMPANY and § DAVID K. KARR § | |

### FIRST AMENDED NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, ALLSTATE INSURANCE COMPANY, and files this, its amended list of entities that are financially interested in this litigation:

1. Plaintiffs:
   George Stone and Ellen Stone

2. Attorneys:
   Mr. Michael R. Cowen
   State Bar No. 00795306
   MICHAEL R. COWEN, P.C.
   520 E. Levee Street
   Brownsville, Texas 78520

3. Defendant:
   Allstate Insurance Company

4. Attorneys:
   Larry J. Goldman
   Douglas E. Pennebaker
   Adami Goldman & Shuffield
   The Nowlin Building
   9311 San Pedro, Suite 900
   San Antonio, Texas 78216

       Allstate Insurance Company for Standard Flood Insurance Policy
Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001

Allstate Insurance Company, in its capacity as a Write Your Own Carrier participating in the U.S. Government's National Flood Insurance Program pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. §4001 *et seq.*), respectfully submits that the Federal Emergency Management Agency and the U.S. Treasury that have a financial interest in the outcome of the instant litigation as defendant believes any judgment adverse to Allstate would be borne by the U.S. Treasury as per the Arrangement between Allstate and FEMA. As such, Allstate believes there are no policies of insurance that would be available to satisfy any part of any judgment.

5.    Defendant: David K. Karr
      934 West Price Road
      Brownsville, TX 78520

6.    Attorneys:
      Hunter & Handel, PC
      Todd Hunter
      Leslie Megin Koch
      555 N. Carancahua
      Suite 1600, Tower 2
      Corpus Christi, TX 78478

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
DOUGLAS E. PENNEBAKER
Federal Bar No. 23238
State Bar No. 00788178

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S COMPANY

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 2nd day of December, 2003:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Gerald J. Nielsen
Nielsen Law Firm, LLC
2121 Airline Highway, Suite 200
Metairie, Louisiana 70001
Telephone:   (504) 837-2500
Telecopier:   (504) 832-9165

Hunter & Handel, PC
Todd Hunter
Leslie Megin Koch
555 N. Carancahua
Suite 1600, Tower 2
Corpus Christi, TX 78478

                                       _____
                                       LARRY J. GOLDMAN
                                       DOUGLAS E. PENNEBAKER