THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

DEC 1 1 2003

Michael N. Milby
Clerk of Court

<u>INITIAL PRETRIAL & SCHEDULING CONFERENCE</u>
(HELD TELEPHONICALLY IN CHAMBERS)

CIVIL ACTION NO. <u>B-03-151</u>   DATE & TIME: <u>12/11/03 @ 9:48-10:00 am</u>

COUNSEL:

| <u>GEORGE STONE, ET AL</u> | § | <u>Michael Cowen</u> |
|---|---|---|
| VS | § | |
| <u>ALLSTATE INSURANCE CO., ET AL</u> | § | <u>Larry J. Goldman</u> |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Soutwick
Court Reporter:   Barbara Barnard

Case called on the docket. Michael Cowen appeared for Plaintiffs. Larry Goldman appeared for deft, Allstate Insurance Co. Chris Pennebaker appeared in place of Gerald Nielson for deft, Allstate Insurance Co. on the flood insurance policy. Magen Cook appeared for deft, David Karr. All parties appeared telephonically and announced ready.

The following deadlines are set by the Court:

    ETT - 3 days
    Docket Call is set for 9/28/04 @ 1:30 pm
    Jury Selection is set for 9/30/04 @ 9:00 a.m.  Counsel to do voir dire.
        Jury to be 12 members (10-2) verdict.
    Discovery completed by 6/25/04
    Dispositive Motions filed by 7/16/04
    Non-dispositive motions filed by 9/10/04
    Joint Pretrial Order due by 9/10/04
    Plaintiffs' experts furnished by 3/26/04
    Defendants' experts furnished by 4/26/04
    New parties joined by 12/31/03

Any of the above deadlines, with the exception of the Docket Call, Jury Selection and Joint Pretrial Order, can be changed by agreement. Court to be informed in writing of any changes.

Court is adjourned.