IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GEORGE STONE, ET AL | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-151 |
| | § |
| ALLSTATE INSURANCE CO., ET AL | § |

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:                                        December 31, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     March 26, 2004

4. The defendant's experts must be named with a report furnished by:     April 26, 2004

5. Discovery must be completed by:                                       June 25, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                 July 16, 2004

   Non-Dispositive Motions will be filed by:                             September 10, 2004

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                                          September 10, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                                  September 28, 2004
9. Jury Selection is set for 9:00 a.m. on:*                              September 30, 2004

*Counsel to do voir dire. Jury to be twelve(12) members (not including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the __12th__ day of _____, 2003.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**