IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 0 5 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| GEORGE STONE AND ELLEN STONE § | |
| § | |
| § | |
| VS. § | CIVIL ACTION B-03-151 |
| § | |
| ALLSTATE INSURANCE COMPANY § | |
| AND DAVID K. KARR § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs, **George Stone and Ellen Stone** and Defendants, **David K. Karr and Allstate Insurance Company**, in the above-entitled and numbered cause, and respectfully move the Court to dismiss all claims by **George Stone and Ellen Stone** against **David K. Karr and Allstate Insurance Company**, for reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties hereto.

WHEREFORE, PREMISES CONSIDERED, **George Stone and Ellen Stone** respectfully request that the Court enter its Order dismissing all claims by **George Stone and Ellen Stone** against **David K. Karr and Allstate Insurance Company**, with prejudice, and that all costs of Court be taxed against the Party who incurred said cost.

Respectfully submitted,

Mr. Michael Cowen
Attorney at Law
520 East Levee Street
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:    (956) 504-3674

By: _____
Michael Cowen
State Bar No. 00795306



**ATTORNEY FOR PLAINTIFFS
GEORGE STONE AND ELLEN STONE**


**HUNTER & HANDEL, P.C.**
555 North Carancahua
Suite 1600, Tower II
Corpus Christi, Texas 78478
Telephone:   (361) 884-8777
Facsimile:   (361) 884-1628


By: _Leslie Megin Koch_
    Leslie Megin Koch
    State Bar No. 00794109
**ATTORNEY FOR DEFENDANT
DAVID K. KARR**


**ADAMI, GOLDMAN & SHUFFIELD**
Mr. Larry J. Goldman
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone:   (210) 344-0500
Facsimile:   (210) 344-7228

By: _____
    Larry J. Goldman
    State Bar No. 08093450
**ATTORNEY FOR ALLSTATE INSURANCE COMPANY**


Mr. Thomas Christopher Pennebaker
2121 Airline Drive
Metairie, LA 70001
Telephone:   (504) 837-2500
Facsimile:   (504) 832-9165

By: _____
    Thomas Christopher Pennebaker
LA State Bar No. 24597
**ATTORNEY FOR ALLSTATE FLOOD INSURANCE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Agreed Motion to Dismiss and Order of Dismissal with Prejudice was served on counsel for Plaintiffs George Stone and Ellen Stone and counsel for Defendant Allstate Insurance Company via **Certified Mail, Return Receipt Requested** on all counsel of record on this the 2nd day of August, 2004.

Mr. Michael Cowen
Attorney at Law
520 East Levee Street
Brownsville, Texas 78520

Mr. Larry J. Goldman
Adami, Goldman & Shuffield
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216

Mr. Thomas Christopher Pennebaker
2121 Airline Drive
Metairie, LA 70001

_____
Leslie Megin Koch