IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE STONE AND ELLEN STONE | § § § | |
| VS. | § § | CIVIL ACTION B-03-151 |
| ALLSTATE INSURANCE COMPANY AND DAVID K. KARR | § § | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Motion of **George Stone and Ellen Stone**, Plaintiffs, and **David K. Karr and Allstate Insurance Company**, Defendants in the above-entitled and numbered cause, seeking dismissal of all claims by **George Stone and Ellen Stone** against **David K. Karr and Allstate Insurance Company**, with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties **George Stone and Ellen Stone** and **David K. Karr and Allstate Insurance Company** have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that all claims by **George Stone and Ellen Stone** against **David K. Karr and Allstate Insurance Company** are hereby dismissed with prejudice to the refiling of same with each party bearing its own costs.

SIGNED this 6th day of August, 2004.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

Mr. Michael Cowen
Attorney at Law
520 East Levee Street
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:    (956) 504-3674

By: _____
     Michael Cowen
     State Bar No. 00295306
**ATTORNEY FOR PLAINTIFFS
GEORGE STONE AND ELLEN STONE**


**HUNTER & HANDEL, P.C.**
555 North Carancahua
Suite 1600, Tower II
Corpus Christi, Texas 78478
Telephone:   (361) 884-8777
Facsimile:    (361) 884-1628

By: _____
     Leslie Megin Koch
     State Bar No. 00794109
**ATTORNEY FOR DEFENDANT
DAVID K. KARR**


**ADAMI, GOLDMAN & SHUFFIELD**
Mr. Larry J. Goldman
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone:   (210) 344-0500
Facsimile:    (210) 344-7228

By: _____
     Larry J. Goldman
     State Bar No. 08093450
**ATTORNEY   FOR   ALLSTATE
INSURANCE COMPANY**

Mr. Thomas Christopher Pennebaker
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
Telephone:   (504) 837-2500
Facsimile:    (504) 832-9165

By: /s/ Thomas C. Pennebaker
Thomas Christopher Pennebaker
LA State Bar No. 24597
**ATTORNEY FOR ALLSTATE FLOOD INSURANCE**